UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF RHODE ISLAND

Coastal Refining and Marketing Inc.
v. CA 00-574L

Glen Marine Corp.

ORDER

The above-captioned case was filed on November 17, 2000. There has been no activity since July 23, 2001.

It is now ORDERED that this action will be dismissed, without prejudice and without costs, unless plaintiff can show good cause on January 24, 2007 as to why the case should not be dismissed. Local Rule 21(b).

SO ORDERED:

Ronald R. Lagueux
Ronald R. Lagueux
Senior U.S. District Judge

January 11 , 2007

Entered as an Order of this Court on January 11 , 2007

Deputy Clerk