UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

COASTAL REFINING & MARKETING, INC., :
:
Plaintiff, : C.A. No. 00-574L
:
GLEN MARINE CORP., :
:
Defendant. :

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned, that this matter is dismissed, each party bearing its own costs and fees.

COASTAL REFINING &
MARKETING, INC.

By Its Attorneys,

/s/ John E. Bulman
John E. Bulman (#3147)
Little Medeiros Kinder Bulman
& Whitney PC
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
FAX (401) 521-3555
Date: January 19, 2007

GLEN MARINE CORP.

By Its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
Date: January 19, 2007

**CERTIFICATE OF SERVICE**

I hereby certify that on this 19th day of January, 2007, a true copy of the within was sent, via electronic transmission, to the following:

John E. Bulman, Esq.
Little Medeiros Kinder Bulman & Whitney PC
72 Pine Street
Providence, RI 02903

/s/ Charles S. Beal
Charles S. Beal (#5559)

H:\ARCHIVE\CMC\santoro\Pleadings\dismissalstip.doc