UNITED STATES DISTRICT
FOR THE DISTRICT OF RHODE ISLAND

COASTAL REFINING & MARKETING, INC., :
:
Plaintiff, : C.A. No. 00-574L
:
GLEN MARINE CORP., :
:
Defendant. :

**STIPULATION OF DISMISSAL**

It is hereby stipulated and agreed, by and between the undersigned, that this matter is dismissed, each party bearing its own costs and fees.

COASTAL REFINING & MARKETING, INC.

By Its Attorneys,

/s/ John E. Bulman
John E. Bulman (#3147)
Little Medeiros Kinder Bulman
& Whitney PC
72 Pine Street
Providence, Rhode Island 02903
(401) 272-8080
FAX (401) 521-3555
Date: January 19, 2007

GLEN MARINE CORP.

By Its Attorneys,

/s/ Charles S. Beal
Charles S. Beal (#5559)
Cameron & Mittleman LLP
56 Exchange Terrace
Providence, Rhode Island 02903
(401) 331-5700
FAX (401) 331-5787
Date: January 19, 2007

Enter: Ronald R. Lagueux
Sr. USDJ 1/22/07